1 Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
2 Benjamin C. Deming (State Bar No. 233687)
bdeming@rutan.com
3 Kathryn Domin (State Bar No. 274771)
kdomin@rutan.com
4 RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
5 Costa Mesa, California 92626-1931
Telephone: 714-641-5100
6 Facsimile: 714-546-9035

7 Attorneys for Plaintiff ALTAIR INSTRUMENTS, INC.

8
Michael Meeks (State Bar No. 172000)
9 mmeeks@Buchalter.com
Louise Truong (State Bar No. 293811)
10 ltruong@buchalter.com
BUCHALTER
11 108400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
12 Telephone: 949-760-1121
Facsimile: 949-224-6210
13
Attorneys for Defendant DERMAMED
14 SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR INSTRUMENTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DERMAMED SOLUTIONS, LLC. and DOES 1 through 10,,<br><br>Defendants. | Case No. 2:17-cv-00880 R (FFMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

1    Upon consideration of the Stipulation for Dismissal with prejudice filed by
2 the parties in this action, and for good cause shown,
3    **IT IS HEREBY ORDERED** that this action is dismissed with prejudice,
4 with each party to bear its own fees and costs.

6 Dated: September 7, 2017

7                              _____
8                              Hon. Manuel L. Real